**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| HIRAM H. FLOWERS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| Nurse VICKI OLIVER, *et al.*, | : | NO. 5:12-CV-473 (MTT) |
| | : | |
| Defendants | : | **O R D E R** |
| _____ | : | |

Plaintiff **HIRAM H. FLOWERS**, an inmate at the Bibb County Law Enforcement Center, filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983.   On December 19, 2012, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $9.50 (Doc. 7).   Plaintiff was originally given 21 days to pay the fee and was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed.   By Order dated January 23, 2013, the Court gave Plaintiff an additional 14 days in which to pay the $9.50, show good cause for his failure to pay, or voluntarily dismiss this action (Doc. 8).

To date, Plaintiff has failed to pay the fee or otherwise respond to either of this Court's Orders.   Such failure suggests that Plaintiff may no longer be interested in prosecuting this case.   Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 12th day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr